**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ALEX VILLANUEVA, et.al.,<br><br>　　　　　Defendants. | Case No. CV 22-1552-GW (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. In sum, Plaintiff's objections do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.

**IT IS ORDERED** that Plaintiff's IFP status is revoked and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Plaintiff at his current address of record.

DATED: September 22, 2022

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE