**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODERICK WASHINGTON, | Case No. CV 22-1552-GW (AS) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| ALEX VILLANUEVA, et.al., | |
| Defendants. | |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: September 22, 2022

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE